| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Edinson Rodriguez**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4775<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing)  First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:  21–15299–CMG | |

## Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edinson Rodriguez

10/1/21                                                                      **By the court:**   Christine M. Gravelle
                                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 21-15299-CMG
Edinson Rodriguez                                                                                Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 3
Date Rcvd: Oct 01, 2021                Form ID: 318                                   Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edinson Rodriguez, 436 Baker Place, Perth Amboy, NJ 08861-3602 |
| 519248931 | | Ameritech Community Management, River Bend of Hillsborough County HOA, 24701 US 19 M Siote 102, Clearwater, FL 33763 |
| 519248932 | + | Babcock Home Furniture, 1510 College Ave E, Ruskin, FL 33570-5098 |
| 519248938 | + | Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 519248940 | + | Florida Department of Transportation, PO Bpx 31241, Tampa, FL 33631-3241 |
| 519248943 | + | KeyBank National Association, PO Box 94968, Cleveland, OH 44101-4968 |
| 519248944 | + | Lyons, Doughty & Veldhuis, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 519248946 | + | Maryland Transportation Authority, P.O. Box 17600, Baltimore, MD 21297-1600 |
| 519248948 | + | Milka Placencia, 347 Colfax, Perth Amboy, NJ 08861-4501 |
| 519248951 | + | NJ EZPass, PO Box 4971, Trenton, NJ 08650-4971 |
| 519248949 | + | National Enterprise Systems, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 519248950 | | New Jersey Turnpike Authority, PO Box 1121, New Brunswick, NJ 08903 |
| 519248952 | + | Pathology Associates of Central Jersey, 530 New Brunswick Ave, Perth Amboy, NJ 08861-3654 |
| 519248953 | + | Radius Global Solutions, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519248954 | + | Receivable Collection Services, LLC, 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 519248956 | + | Split Rock, 428 Moseywood Road, Lake Harmony, PA 18624-7009 |
| 519248957 | + | State of Delaware, Department of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 519248959 | + | Tenaglia & Hunt, 395 W. Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |
| 519248961 | + | University Radiology Group, Po Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 01 2021 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 01 2021 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519270431 | | EDI: ATLASACQU | Oct 02 2021 01:13:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 519248933 | + | EDI: BANKAMER.COM | Oct 02 2021 01:13:00 | Bank of America, Po Box 15715, Wilmington, DE 19886-5715 |
| 519248934 | | EDI: CAPITALONE.COM | Oct 02 2021 01:13:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519248935 | | EDI: CAPITALONE.COM | Oct 02 2021 01:13:00 | Capital One Bank USA NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519248936 | + | EDI: CITICORP.COM | Oct 02 2021 01:13:00 | CitiBank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 519248937 | + | Email/Text: mediamanagers@clientservices.com | Oct 01 2021 21:16:00 | Client Services Inc, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: 318 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 519248945 | + | EDI: CITICORP.COM | Oct 02 2021 01:13:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519248939 | + | Email/Text: cashiering-administrationservices@flagstar.com | Oct 01 2021 21:16:00 | Flagstar Bank*, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519248941 | + | Email/Text: nwilliamson@foundationfinance.com | Oct 01 2021 21:17:00 | Foundation Finance Co, 7802 meadow Rock Drive, Schofield, WI 54476-5262 |
| 519248942 | | Email/Text: GCSBankruptcy@gcserv.com | Oct 01 2021 21:16:00 | GC Services Limited Partnership, Collection Agency Division, 6330 Gulftono, Houston, TX 77252 |
| 519248947 | + | EDI: MID8.COM | Oct 02 2021 01:13:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 519248955 | + | EDI: IIC9.COM | Oct 02 2021 01:13:00 | Spectrum, c/o IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519252775 | + | EDI: RMSC.COM | Oct 02 2021 01:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519248958 | + | EDI: RMSC.COM | Oct 02 2021 01:13:00 | Synchrony Bank/Ashley Home Stores*, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519248960 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 01 2021 21:17:00 | Transworld Systems Inc, PO Box 15110, Wilmington, DE 19850-5110 |
| 519248962 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 01 2021 21:16:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 03, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Bruce C. Truesdale | on behalf of Debtor Edinson Rodriguez brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2021 | Form ID: 318 | Total Noticed: 37 |

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4