**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 21−15299−CMG | **DATE FILED::** 6/29/21 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** Edinson Rodriguez xxx−xx−4775 | **ADDRESS OF DEBTOR(S):** 436 Baker Place Perth Amboy, NJ 08861 |
| DEBTOR'S ATTORNEY: Bruce C. Truesdale Bruce C. Truesdale PC 147 Union Ave Ste 1e Middlesex, NJ 08846 732−302−9600 | TRUSTEE: Benjamin A. Stanziale Jr. Stanziale & Stanziale 29 Northfield Avenue Suite 201 West Orange, NJ 07052 (973) 731−9393 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

5/10/22

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: February 10, 2022                                    FOR THE COURT
                                                             Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

In re:  
Edinson Rodriguez  
  Debtor

Case No. 21-15299-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3  
Date Rcvd: Feb 10, 2022    Form ID: noa    Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edinson Rodriguez, 436 Baker Place, Perth Amboy, NJ 08861-3602 |
| 519248931 | | Ameritech Community Management, River Bend of Hillsborough County HOA, 24701 US 19 M Siote 102, Clearwater, FL 33763 |
| 519248932 | + | Babcock Home Furniture, 1510 College Ave E, Ruskin, FL 33570-5098 |
| 519248938 | + | Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 519248940 | + | Florida Department of Transportation, PO Bpx 31241, Tampa, FL 33631-3241 |
| 519248943 | + | KeyBank National Association, PO Box 94968, Cleveland, OH 44101-4968 |
| 519248944 | + | Lyons, Doughty & Veldhuis, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 519248946 | + | Maryland Transportation Authority, P.O. Box 17600, Baltimore, MD 21297-1600 |
| 519248948 | + | Milka Placencia, 347 Colfax, Perth Amboy, NJ 08861-4501 |
| 519248950 | | New Jersey Turnpike Authority, PO Box 1121, New Brunswick, NJ 08903 |
| 519248952 | + | Pathology Associates of Central Jersey, 530 New Brunswick Ave, Perth Amboy, NJ 08861-3654 |
| 519248954 | + | Receivable Collection Services, LLC, 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 519248956 | + | Split Rock, 428 Moseywood Road, Lake Harmony, PA 18624-7009 |
| 519248957 | + | State of Delaware, Department of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 519248959 | + | Tenaglia & Hunt, 395 W. Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |
| 519248961 | + | University Radiology Group, Po Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519270431 | | EDI: ATLASACQU | Feb 11 2022 01:38:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 519248933 | + | EDI: BANKAMER.COM | Feb 11 2022 01:38:00 | Bank of America, Po Box 15715, Wilmington, DE 19886-5715 |
| 519248934 | | EDI: CAPITALONE.COM | Feb 11 2022 01:38:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519248935 | | EDI: CAPITALONE.COM | Feb 11 2022 01:38:00 | Capital One Bank USA NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519248936 | + | EDI: CITICORP.COM | Feb 11 2022 01:38:00 | CitiBank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 519248937 | + | Email/Text: mediamanagers@clientservices.com | Feb 10 2022 20:43:00 | Client Services Inc, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 519248945 | + | EDI: CITICORP.COM | Feb 11 2022 01:38:00 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519248939 | + | Email/Text: cashiering-administrationservices@flagstar.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Feb 10 2022 20:44:00 | Flagstar Bank*, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519248941 | + | Email/Text: nwilliamson@foundationfinance.com | Feb 10 2022 20:45:00 | Foundation Finance Co, 7802 meadow Rock Drive, Schofield, WI 54476-5262 |
| 519248942 | | Email/Text: GCSBankruptcy@gcserv.com | Feb 10 2022 20:43:00 | GC Services Limited Partnership, Collection Agency Division, 6330 Gulftono, Houston, TX 77252 |
| 519248947 | + | EDI: MID8.COM | Feb 11 2022 01:38:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 519248951 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 10 2022 20:44:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 519248949 | + | EDI: NESF.COM | Feb 11 2022 01:38:00 | National Enterprise Systems*, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 519248953 | + | EDI: PINNACLE.COM | Feb 11 2022 01:38:00 | Radius Global Solutions*, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519248955 | + | EDI: IIC9.COM | Feb 11 2022 01:38:00 | Spectrum, c/o IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519252775 | + | EDI: RMSC.COM | Feb 11 2022 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519248958 | + | EDI: RMSC.COM | Feb 11 2022 01:38:00 | Synchrony Bank/Ashley Home Stores*, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519248960 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 10 2022 20:44:00 | Transworld Systems Inc, PO Box 15110, Wilmington, DE 19850-5110 |
| 519248962 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Feb 10 2022 20:44:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

**Name**  **Email Address**

Benjamin A. Stanziale, Jr.
  on behalf of Trustee Benjamin A. Stanziale  Jr. ben@stanzialelaw.com

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 10, 2022 | Form ID: noa | Total Noticed: 37 |

| | | |
|---|---|---|
| Benjamin A. Stanziale, Jr. | | trustee@stanzialelaw.com  nj45@ecfcbis.com |
| Bruce C. Truesdale | | on behalf of Debtor Edinson Rodriguez brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5