7UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  **Edinson Rodriguez**         Case No.:     **21-15299-CMG**

                                       Chapter:      **7**

                                       Judge:        **Christine M. Gravelle**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on May 17, 2022, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of Property: 2429 Roanoke Springs Drink, Ruskin, Florida**

**Current Market Value of Property:  $340,000.00**
**Estimated Cost of Sale:   $34,000.00**

**Liens on property: Flagstar Bank: $247,000.00**

**Co-Owner's Share: $29,500.00**

**Amount of equity claimed as exempt: $29,500.00**

Objections must be served on, and requests for additional information directed to:

Name:          Benjamin A. Stanziale, Jr., Trustee

Address:       2839 Route 10, Suite 102, Morris Plains, NJ 07950

Telephone No.: (973) 731-9393

United States Bankruptcy Court

District of New Jersey

In re:  
Edinson Rodriguez  
    Debtor

Case No. 21-15299-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Apr 13, 2022      Form ID: pdf905      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Edinson Rodriguez, 436 Baker Place, Perth Amboy, NJ 08861-3602 |
| 519248931 | | Ameritech Community Management, River Bend of Hillsborough County HOA, 24701 US 19 M Siote 102, Clearwater, FL 33763 |
| 519248932 | + | Babcock Home Furniture, 1510 College Ave E, Ruskin, FL 33570-5098 |
| 519248933 | + | Bank of America, Po Box 15715, Wilmington, DE 19886-5715 |
| 519248938 | + | Credit Control LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 519248940 | + | Florida Department of Transportation, PO Bpx 31241, Tampa, FL 33631-3241 |
| 519248943 | + | KeyBank National Association, PO Box 94968, Cleveland, OH 44101-4968 |
| 519248944 | + | Lyons, Doughty & Veldhuis, P.O. Box 1269, Mount Laurel, NJ 08054-7269 |
| 519248946 | + | Maryland Transportation Authority, P.O. Box 17600, Baltimore, MD 21297-1600 |
| 519248948 | + | Milka Placencia, 347 Colfax, Perth Amboy, NJ 08861-4501 |
| 519248950 | | New Jersey Turnpike Authority, PO Box 1121, New Brunswick, NJ 08903 |
| 519248952 | + | Pathology Associates of Central Jersey, 530 New Brunswick Ave, Perth Amboy, NJ 08861-3654 |
| 519248954 | + | Receivable Collection Services, LLC, 170 Jericho Turnpike, Suite 204, Floral Park, NY 11001-2024 |
| 519248956 | + | Split Rock, 428 Moseywood Road, Lake Harmony, PA 18624-7009 |
| 519248957 | + | State of Delaware, Department of Transportation, PO Box 697, Dover, DE 19903-0697 |
| 519248959 | + | Tenaglia & Hunt, 395 W. Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |
| 519248961 | + | University Radiology Group, Po Box 1075, 579A Cranbury Road, East Brunswick, NJ 08816-5426 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2022 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2022 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519270431 | | Email/Text: bnc@atlasacq.com | Apr 13 2022 20:20:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 519248933 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 13 2022 20:20:00 | Bank of America, Po Box 15715, Wilmington, DE 19886-5715 |
| 519248934 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2022 20:25:25 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519516788 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2022 20:25:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519248935 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2022 20:25:14 | Capital One Bank USA NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519248936 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2022 20:25:17 | CitiBank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 519513368 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2022 20:25:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, |

Case 21-15299-CMG    Doc 20    Filed 04/15/22    Entered 04/16/22 00:12:38    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf905 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | | SD 57108-5027 |
| 519248937 | + | Email/Text: mediamanagers@clientservices.com | Apr 13 2022 20:20:00 | Client Services Inc, 3451 Harry Truman Blvd, Saint Charles, MO 63301-9816 |
| 519248945 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2022 20:25:17 | Macys/DSNB, PO Box 8218, Mason, OH 45040 |
| 519511506 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2022 20:21:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519248939 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 13 2022 20:21:00 | Flagstar Bank*, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519248941 | + | Email/Text: nwilliamson@foundationfinance.com | Apr 13 2022 20:21:00 | Foundation Finance Co, 7802 meadow Rock Drive, Schofield, WI 54476-5262 |
| 519248942 | | Email/Text: GCSBankruptcy@gcserv.com | Apr 13 2022 20:20:00 | GC Services Limited Partnership, Collection Agency Division, 6330 Gulftono, Houston, TX 77252 |
| 519248947 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2022 20:21:00 | Midland Credit Management Inc, PO Box 301030, Los Angeles, CA 90030-1030 |
| 519248951 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 13 2022 20:20:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 519248949 | + | Email/Text: list-nes-clientservicesreps-all@nes1.com | Apr 13 2022 20:21:00 | National Enterprise Systems*, 2479 Edison Blvd, Unit A, Twinsburg, OH 44087-2476 |
| 519248953 | + | Email/Text: ngisupport@radiusgs.com | Apr 13 2022 20:20:00 | Radius Global Solutions*, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 519248955 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 13 2022 20:21:00 | Spectrum, c/o IC System, PO Box 64437, Saint Paul, MN 55164-0437 |
| 519252775 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2022 20:25:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519248958 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2022 20:25:25 | Synchrony Bank/Ashley Home Stores*, Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519248959 | + | Email/Text: ClericalSupport@tenagliahunt.com | Apr 13 2022 20:21:00 | Tenaglia & Hunt*, 395 W. Passaic Street, Ste 205, Rochelle Park, NJ 07662-3016 |
| 519248960 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 13 2022 20:21:00 | Transworld Systems Inc, PO Box 15110, Wilmington, DE 19850-5110 |
| 519248962 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 13 2022 20:21:00 | Westlake Financial Services, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2022 | Form ID: pdf905 | Total Noticed: 40 |

Date: Apr 15, 2022         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale  Jr. ben@stanzialelaw.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Bruce C. Truesdale | on behalf of Debtor Edinson Rodriguez brucectruesdalepc@gmail.com bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fran B. Steele | on behalf of U.S. Trustee U.S. Trustee Fran.B.Steele@usdoj.gov |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6