Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  21−15299−CMG
    Chapter:  7
    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edinson Rodriguez
   436 Baker Place
   Perth Amboy, NJ 08861

Social Security No.:
   xxx−xx−4775

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Michael Brown , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

2429 Roanoke Springs Drink, Ruskin, Florida


Dated: May 11, 2022
JAN: mjb

                        Jeanne Naughton
                        Clerk